FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 13 2019   ★

BROOKLYN OFFICE

UNITED STATESS DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

TERRENCE ZEIGLER,

                                 Plaintiff,

                   -against--

NEW YORK CITY POLICE COMMISSIONER
WILLIAM BRATTON; 75TH PCT. DETECTIVES
CAUCASIAN, AND LATINO JOHN DOE #1, 2, 3, 4;
POLICE OFFICER MICHAEL ARDOLINO, SHIELD#
4618, POLICE OFFICER MATTHEW DEMAIO,
SHIELD #23579, SERGEANT DAVD GRIECO, SHIELD
#3830, SERGEANT ROBERT MARINTEZ, SHIELD
#1369, DETECTIVE DAVID QUATTROCCHI, SHIELD
#15010, POLICE OFFICER WILLIAM SCHUMACHER,
SHIELD #4618, AND POLICE OFFICER ALEXIS
YANEZ, SHIELD #23098,

                                 Defendants.

-------------------------------------------------------------------- x

STIPULATION OF
DISMISSAL

17-CV-04639 (KAM) (SJB)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 29, 2017, alleging that the defendants violated plaintiff's federal civil rights; and

        **WHEREAS,** defendants Police Officer Michael Ardolino, Police Officer Matthew Demaio, Sergeant David Grieco, Sergeant Robert Martinez, Detective David Quatrocchi, Police Officer William Schumacher, and Police Officer Alexis Yanez have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** plaintiff, who is proceeding *pro se*, dismisses this matter pursuant to Federal Rule of Civil Procedure 41(a)(2) on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties herein, as follows:

1. Plaintiff is voluntarily dismissing the above-entitled action with prejudice and without fees or costs.

2. Plaintiff agrees not to initiate or pursue any claims or rights of action alleging a violation of plaintiff's civil rights and any and all related state law claims against defendants Police Officer Michael Ardolino, Police Officer Matthew Demaio, Sergeant David Grieco, Sergeant Robert Martinez, Detective David Quatrocchi, Police Officer William Schumacher, and Police Officer Alexis Yanez; their successors or assigns; and all past and present officials, employees, representatives of, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, arising out of the events and circumstances described in the Complaint.

Dated: March 12, 2019
      New York, New York

Terrence Zeigler
*Plaintiff Pro Se*
105-34 86th Street, Apt. 2R
Jamaica, New York, 11417

By:


TERRENCE ZEIGLER

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
*Ardolino, Demaio, Grieco, Martinez,*
*Quatrocchi, Schumacher, and Yanez*
100 Church Street
New York, New York 10007
(212) 356-3535

By:


CHRISTOPHER D. DELUCA
Senior Counsel
Special Federal Litigation Division

s/Kiyo A. Matsumoto

SO ORDERED: HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

- 2 -